■ EDWARD UFIER et al., Respondents, v. C. EUGENE BALDWIN, as Chief Building Inspector of the Town of Hempstead, et al., Appellants.— In an action to obtain a judgment declaring null and void a building permit issued to the defendant church by the defendant Baldwin as Chief Building Inspector of the Town of Hempstead, and to enjoin the church from maintaining upon its premises any structure which does not conform to the local building zone ordinance, both defendants appeal from an order of the Supreme Court, Nassau County, dated June 24, 1960, denying their respective motions for summary judgment. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ UNDERHILL CONSTRUCTION CORP., Respondent, v. ALFRED CIRALDO et al., Appellants.— In an action by the purchaser of real property against the sellers to recover an additional payment of $10,000 alleged to have been exacted by economic duress as a condition for the sellers' compliance with the contract for the sale of such real property, the sellers appeal from an order of the Supreme Court, Nassau County, dated August 8, 1960, denying their motion, pursuant to rule 106 of the Rules of Civil Practice, to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action. The complaint alleges that between the contract and title dates the purchaser incurred substantial obligations in connection with its pending acquisition and development of the property and that the sellers, who were aware of such obligations, withheld from the purchaser knowledge of their (the sellers') ability to convey good title. The contract limited the sellers' liability, in the event of their inability to convey good title, to the return of the contract deposit, plus title examination expense. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ VENTURO HOLDING CORP. et al., Respondents, v. 600 WEST 113TH STREET CORPORATION, Appellant, et al., Defendants.— In an action to vacate a confession of judgment executed by the plaintiff corporation in favor of the defendant corporation, the defendant corporation appeals from two orders of the Supreme Court, Westchester County, dated respectively June 14, 1960 and June 15, 1960. The first order granted plaintiffs' motion for an injunction *pendente lite* and denied the defendant corporation's cross motion to dismiss the original complaint on the ground that as to it the complaint fails to state facts sufficient to constitute a cause of action. The second order denied said defendant's motion to dismiss as to it the amended complaint and the original complaint on the same ground, pursuant to rule 106 of the Rules of Civil Practice. Defendant corporation contended that the service of an amended complaint, between service of notice of motion for the temporary injunction and the argument of such motion, required its denial; that a judgment by confession is conclusive against the judgment debtor; and that only interested third parties may attack such a judgment for defects in the statement supporting the confession. Orders affirmed, with one bill of $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.